UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-10270 |
| | | CHAPTER 13 |
| KENNETH P. KLOSTERMAN | | |
| MICHELLE J. KLOSTERMAN | : | JUDGE JEFFERY P. HOPKINS |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>         <u>Amount</u>
 916827                  $22.79


<u>Creditor(s)</u>
Charming Shoppes-Fashion Bug
c/o First Express
P.O. Box 856021
Louisville, KY 40285


                                         Respectfully submitted,

                                 /s/   <u>Margaret A. Burks, Esq.</u>
                                     Margaret A. Burks, Esq.
                                     Chapter 13 Trustee
                                     Attorney No. OH 0030377

                                     Francis J. DiCesare, Esq.
                                     Staff Attorney
                                     Attorney No. OH 0038798

                                     Karolina F. Perr, Esq.
                                     Staff Attorney
                                     Attorney No. OH 0066193

                                     600 Vine Street, Suite 2200
                                     Cincinnati, OH 45202
                                     (513) 621-4488
                                     (513) 621 2643 (Facsimile)
                                     mburks@cinn13.org - Correspondence only
                                     fdicesare@cinn13.org
                                     kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, May 14, 2010.

                        /s/    Margaret A. Burks, Esq.
                               Margaret A. Burks, Esq.

Charming Shoppes-Fashion Bug
c/o First Express
P.O. Box 856021
Louisville, KY 40285

Debtor(s) Counsel
MACEY & ALEMAN
4050 EXECUTIVE PARK DRIVE
SUITE 450
CINCINNATI, OH  45241

Debtor(s)
KENNETH P. KLOSTERMAN
MICHELLE J. KLOSTERMAN
15174 US 68
MT ORAB, OH  45154

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Charming Shoppes
P.O. Box 569728
San Antonio, TX 78265-9728